## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| SARAMAX, | : |
| Plaintiff, | : |
| v. | : Court No. 04-00395 |
| UNITED STATES, | : |
| Defendant. | : |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE, that plaintiff, Saramax, through its undersigned attorneys and pursuant to USCIT R. 41(a)(1)(A)(i), hereby dismisses this action.

Respectfully submitted,

GRUNFELD, DESIDERIO, LEBOWITZ
SILVERMAN & KLESTADT LLP
*Attorneys for Plaintiff*
599 Lexington Avenue, FL 36
New York, New York 10022
Tel. (212) 557-4000, wmarshall@gdlsk.com

Dated: April 19, 2024
         New York, New York

By:   /s/ William F. Marshall
      William F. Marshall
      Robert B. Silverman

ORDER OF DISMISSAL

Court No. 04-00395, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Clerk, United States Court of International Trade

Dated: _____          By: _____

10818363_1